Christopher AKINSEHINWA, Petitioner—Appellant,

v.

IMMIGRATION & CUSTOMS ENFORCEMENT, (I.C. E.); Douglas C. Devenyns, Warden of Wicomico County Detention Center, Respondents—Appellees.

No. 05–7727.

United States Court of Appeals, Fourth Circuit.

Submitted: March 23, 2006.

Decided: March 29, 2006.

Christopher Akinsehinwa, Appellant Pro Se. Rod J. Rosenstein, United States Attorney, Baltimore, Maryland; George William Maugans, III, Special United States Attorney, Immigration and Naturalization Service, Baltimore, Maryland, for Appellees.

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Akinsehinwa appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Akinsehinwa v. I.C.E.,* No. CA–05–2366–WDQ (D.Md. Oct. 13, 2005). We also deny Akinsehinwa's motion for injunctive relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*